UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDDY CARRASCO,

       Petitioner,

    v.                                      Case No.:  2:26-cv-00200-SPC-DNF

MATTHEW MORDANT *et al.*,

       Respondents,

_____/

## **OPINION AND ORDER**

Before the Court are Eddy Carrasco's Motion to Enforce (Doc. 9) and the government's response (Doc. 11).

Carrasco, a noncitizen in immigration detention, sought habeas relief from this Court.  He claimed the government unlawfully detained him under 8 U.S.C. § 1225(b)(2), which mandates detention, rather than § 1226(a), which authorizes discretionary detention and entitles detainees to a bond hearing. The Court agreed and ordered the respondents to either bring Carrasco before an immigration judge for a bond hearing or release Carrasco from custody.

A bond hearing was held on February 25, 2026.  Carrasco's counsel submitted 142 pages of evidence regarding his family (a lawful permanent resident spouse and four children with U.S. citizenship or lawful permanent resident status), his lack of a criminal history, and his nearly 20 years of continuous employment.  During the bond hearing, the immigration judge

stated he could not evaluate the evidence because of the 10-day deadline set by this Court and denied bond because Carrasco failed to prove (1) he is not a threat to public safety and (2) he is a suitable bail risk.

"[H]abeas corpus is, at its core, an equitable remedy." *Schlup v. Delo*, 513 U.S. 298, 319 (1995). The "principle that a court of equity may fashion a remedy that awards complete relief…has deep roots in equity." *Trump v. CASA, Inc.*, 606 U.S. 831, 850-51 (2025). It is clear from the post-judgment facts of this case that the Court's original remedy did not provide complete and just relief. Carrasco did not receive the individualized bond hearing the Court ordered. The only appropriate habeas relief now is release from custody. Accordingly, Carrasco's post-judgment motion (Doc. 9) is **GRANTED**. The respondents shall release Carrasco from custody within 12 hours of this Opinion and Order, and they shall facilitate his transportation from the detention facility by notifying his counsel when and where he may be collected.

**DONE AND ORDERED** in Fort Myers, Florida on March 11, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record

2